UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WARE,<br>Plaintiff,<br>v.<br>T. BERRONES, et al.,<br>Defendants. | No. 1:26-cv-02350-KES-SAB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT HUERTA<br>Doc. 18 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

The magistrate judge screened the second amended complaint (ECF No. 14) and found Ware stated a cognizable claim against defendants J. Poole, A. Vega, T. Berrones, and A. Martinez for excessive force in violation of the Eighth Amendment. Doc. 18 at 4. The magistrate judge found Ware failed to state a cognizable claim against defendant Huerta. *Id*. The magistrate judge recommended that the action proceed only on the identified Eighth Amendment claim and that all other claims and defendants be dismissed. *Id*. The court served the findings and recommendations on Ware and informed him that any objections were due within 21 days. *Id*. Ware did not file objections and the time to do so has expired.

///

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on June 24, 2026 (Doc. 18) are ADOPTED in full.
2. This action SHALL proceed on Ware's second amended complaint against defendants J. Poole, A. Vega, T. Berrones, and A. Martinez for excessive force in violation of the Eighth Amendment.
3. Defendant Huerta is dismissed from this action for failure to state claim upon which relief may be granted.
4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE